IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

Demarcus A Gresham

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

Plaintiff(s)

VS.

Shella oubez
Shella oubre
MS. Smith

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO. 5:14-CV-438

## I. GENERAL INFORMATION

1. Your full name and prison number  Demarcus Gresham
2. Name and location of prison where you are now confined  Valdosta State prison P.O Box 310, Valdosta GA. 31603
3. Sentence you are now serving (how long?)  30 Serve 20 yrs
   (a) What were you convicted of?  Arm Robbery, Buglerly, Bugley Grand theift Auto
   (b) Name and location of court which imposed sentence  Wilkes County Court house, Washington GA, 225 Andrew Drive
   (c) When was sentence imposed?  2002, January
   (d) Did you appeal your sentence and/or conviction?  ☑ Yes   ☐ No
   (e) What was the result of your appeal?  I was Rail Road of A Conflict of a Intrence, Said to had no Grand
   (f) Approximate date your sentence will be completed  20,20

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment?   ☐ Yes   ☒ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
   Plaintiff(s): Demarcees, Greshem, ms. Downing Lt hall, ms. Ciurec, mr. Jordan
   Defendant(s): Ofc ~~____~~ Jackson ~~__~~

   (b) Name of Court: this is my First lawsuit
   (c) Docket Number: none   When did you file this lawsuit? 11-13-14
   (d) Name of judge assigned to case: Dont have one
   (e) Is this case still pending   ☒ Yes   ☐ No
   (f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   this is my first of many, that will Be Seperated

## III. PRESENT CONFINEMENT

6. Where are you now confined? Valdosta state prison
   (a) How long have you been at this institution? 3 months
   (b) Does this institution have a grievance procedure?   ☒ Yes   ☐ No
   (c) If your answer to question 6(b) is "Yes," answer the following:
       (1) Did you present your complaint(s) herein to the institution as a grievance?
           ☒ Yes   ☐ No
       (2) What was the result? I Ask to go to the next lever former
   (d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.
   I only presented A grievance

7. In what other institutions have you been confined? Give dates of entry and exit.

Hayes state prison, A.s.m.p. State prison @ Jimmy Autry State Prison, Calhun s.p. Mecon state prison. Washington state prison,

## IV: PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

Demarcus Gresham, marion Gresham, ms downing ms. ~~[scratched out]~~, ~~[scratched out]~~, ms. harper, ms. Reid Counselor Brodock Julie, ofc. mi mH Director, malissa Regiester, ofc. melissa Dowing

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

ms. smith, ms. smith, Baldwin state prison story lady, ofc. smith, ofc. ford, ofc. ~~[scratched]~~ ofc. — Angel Durden, ofc. Jackson, Sgt. Donken ofc. ~~[scratched]~~ warden oubez obure

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Shella ouber, marion Gresham, officer Downing, ofc. Durden, ofc. Jackson, Sgt. Donken ofc. smith, ofc. pitts ofc. spikes, ofc. Curry ofc. Walker, Lt hall, unit manager. mr. smith, Counesler mrs. Bradock Julie, mentor health Director mental ms. Begeist

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

Im left with, several gaches, In my head, where my hair Will never grow Back, I have momtors memory lost I have problem keeping up with my Age, what Day it is, the month, I can't Rememeber hardy no Body Name, I had over 120 Stiches In my head my hosptial Records will shew, So Im sueing For *10 million dollars, And to have my head scen For Blood claud, other Damaged far as, Brain ext, like you

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 12 day of November, 20 14.

Demarcus Gresham
PLAINTIFF

## STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur? That is, at what institution or institutions? __Baldwin S.p. A.S.M.P__

When do you allege this incident took place? __Date 2013 July__

What happened? I was Assalted By Inmate Hallas Known as pork chop. I was Beat in the head with A steel pipe 6½ inches, About 10 to 15 pdlbs About 25 to 30 times top of my skull I Received one hundred seventeen to one hundred twentie seven stiches Attempted to kill me I was hospitalze Sent From the prisun medical unit the Free World Doctor, stiches Stiched me up I had 100 to 117 Stiches In my head I suffered Conchus officer Durden was a witness also, my father + my mother Are witness with In the giving Situation, plus ms. Regrester the mental Health Corecter at Baldwin State prisun, well as several more Name. I have Attached to the full Package of my lawsuit, I was Sent to A.S.m.p From Baldwin, lable as a Secert Informer, In which I was giving a microphone which is Controll By Sevel Inmates, my life is on The Camara of the television, well as the Radio, ms Smith, ms Durden and several more Including Inmate hogve a Camera watching me In there Room Im in. Also See Attachment →

## STATEMENT OF CLAIM

18. Describe each and every FACT—no opinions or views, only the actual events—supporting and explaining the basis for the lawsuit you have filed. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. Include also the names of other persons involved, dates and places. If you intend to allege a number of related claims, you should number and set forth each claim separately. DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES. (You may attach additional sheets of paper if necessary.)

I was Assalted at Baldwin S.P. 2012 up to 2013, I was Stab 1 time 3 times, husptiallze, medical treated. A Sewind time, I got hitt In the head with a Steal pipe, I'm un able to Remeber Exzactley Dates, I'm With In the time period, was Assalted I was Assalted At Baldwin, left me In a wheel Chair, Couldn't Walk For over 2 Weeks, nerves In my Body Damaged for life. I was Assalted By Inmate, Twin. I Received No Medical treatment, The Rest Details are on Additional pages, In this packoge Each is lable, And to my Knoledge Sworn to Be truth, and I was Giving a mic, Camara to Show as Edverdence

19. List the name and present address of every person who you believe was a witness to the facts set forth in number 18 and BRIEFLY state what each person knows (from having seen, heard, etc.) concerning what happened.

The Names that are In the full packoge Report, a pinel my Request to the 1983 US form, Im Suffering Damaged to my head, as if it Imposble to knew all, 120 stiches to my Skull And Almost over taken my thoughts And Control them of memorey lost,

I declare (or certify, verify, or state) under penalty of perjury that the foregoing statements made in this Inmate Form for Civil Action are true and correct.

Executed on _____
                        Date

_____
                            Signature of Plaintiff

Sworn to and subscribed before me this
____ day of December, 2014.

_____
Notary Public or Other Person Authorized to Administer Oaths